AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

**UNITED STATES OF AMERICA**

v.                                               **CRIMINAL COMPLAINT**

**LAKISHA LEE SPRIGGS - DOB: XX/XX/XX**
**KEITH ERROL MORANT- DOB: XX/XX/XX; PDID: XXX-XXX**

**CASE NUMBER:**

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.  On or about     **February 29, 2008**     in the District of     **COLUMBIA**     defendant (s) did,

(Track Statutory Language of Offense)

**unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance.**

in violation of Title     **21**     United States Code, Section(s)     **841(a)(1)**     .

I further state that I am     **OFFICER IRVING EDWARDS**    , and that this complaint is based on the following facts:

**SEE ATTACHED STATEMENT OF FACTS**

Continued on the attached sheet and made a part hereof:           ☒ Yes    ☐ No

Signature of Complainant
**OFFICER IRVING EDWARDS**
**UNITED STATES PARK POLICE**

Sworn to before me and subscribed in my presence,

_____     at     **Washington, D.C.**
Date                                                                                          City and State

_____                        _____
Name & Title of Judicial Officer                                     Signature of Judicial Officer

**STATEMENT OF FACTS**

On Friday, February 29, 2008, at approximately 7:00 a.m., federal and local law enforcement agents served a search warrant at 2353 Ainger Place, S.E., Washington, D.C., which is a town-house residence. Inside the premises, officers found defendants Lakisha Spriggs and Keith Morant, who were in the hallway upstairs. Later, Ms. Spriggs said she lived there and that Mr. Morant lived there, too. Later, Mr. Morant also said that he lived there.

A search of the premisses revealed about 50 grams of cocaine base, also known as crack, a glass pyrex measuring cup with cocaine base residue, a spoon with cocaine base residue, a fork with cocaine base residue, a knife with cocaine base residue, sandwich baggies and numerous unused ziplock baggies, a box of baking soda, several single edge razor blades, a digital scale with white powder residue, and a microwave that contained suspected cocaine base residue. A portion of the suspected crack cocaine was field tested positive for cocaine. Also recovered were documents in the name of both defendants, several cellular phones, various forms of identification in the name of both defendants, and about $520 of United States currency. Both defendants were placed under arrest.

The amount of the suspected cocaine base, which police seized from this town-house, plus the other items found, indicate that the cocaine base was to be sold or distributed. In my experience, 50 grams of crack cocaine is enough to make about 500 rocks of crack of a size commonly sold on the street for $10 each.


_____
OFFICER IRVING EDWARDS
UNITED STATES PARK POLICE

SWORN AND SUBSCRIBED BEFORE ME ON THIS _____ DAY OF FEBRUARY, 2008.


_____
U.S. MAGISTRATE JUDGE